**Infringement Claim Chart for U.S. Pat. No. US8651369B2 Vs Macy's ("Defendant")**

| Claim | Evidence |
|---|---|
| 1. A method comprising: | Defendant makes and uses ymbology (i.e., a QR code), associated with the website of Macy's.<br><br><br><br>Source: Image of Defendant provided QR Code. |



**QR Code**    **Scan**    **Decode**    **Action**

Source: Screenshots taken from portable electronic device, hereinafter a "Smartphone".

| | |
|---|---|
| a) capturing a digital image using a digital image capturing device that is part of a portable electronic device; | Defendant uses, or induces the use of, a camera (digital image capturing device) on a Smartphone that captures the digital image.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| b) detecting symbology associated with the digital image using a portable electronic device; | Defendant uses, or induces the use of, a Smartphone to detect symbology (i.e., QR code) associated with the website of Macy's.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| c) decoding the symbology to obtain a decode string using one or more visual detection applications residing on the portable electronic device; | Defendant decodes, or induces the decoding of, the QR code pattern to obtain a decode string (i.e., hyperlink) using the camera application residing in the Smartphone.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| d) sending the decode string to a remote server for processing; | Defendant sends, or induces the sending of, the decoded string to a remote server for processing. Specifically, the Smartphone sends the information associated with the QR code to the Macy's server.<br><br><br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| e) receiving information about the digital image from the remote server wherein the information is based on the decode string; | After the Defendant, or one induced by the Defendant, clicks on the hyperlink that is obtained by scanning the QR code associated with the Macy's website, the Smartphone receives the information and navigates directly to the website of Macy's.<br><br> <br><br>Source: Screenshot taken from Smartphone. |

| | |
|---|---|
| f) displaying the information on a display device associated with the electronic device. | Defendant sends, or induces the sending of, the decoded string to a remote server (in this case, a Macy's server) for processing. The information is received and it is displayed on the display associated with the Smartphone as shown below.<br><br><br><br>Source: Screenshot taken from Smartphone. |