# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> MACY'S, INC., <br><br> Defendant. | Case No. 2:23-cv-00583-JRG <br><br> **JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

Plaintiff Symbology Innovations, LLC, files this Unopposed Motion for Entry of this Docket Control Order. The Parties have conferred and agreed upon this Docket Control Order. Therefore, Symbology Innovations respectfully requests that the Court approve and enter same, a copy of which is attached hereto for the Court's entry.

Dated:  April 8, 2024

Respectfully Submitted,

*/s/ Christopher A. Honea*
Christopher A. Honea
  Texas Bar No. 24059967
  chonea@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  rgarteiser@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**COUNSEL FOR PLAINTIFF**