THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S, INC.,<br><br>    Defendant. | Case No. 2:23-cv-00583-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR ENTRY OF DOCKET CONTROL ORDER

    Plaintiff Symbology Innovations, LLC, files this Unopposed Motion for Entry of this Docket Control Order. The Parties have conferred and agreed upon this Docket Control Order. Therefore, Symbology Innovations respectfully requests that the Court approve and enter same, a copy of which is attached hereto for the Court's entry.

Dated: April 15, 2024

                                              Respectfully Submitted,

                                              */s/ Christopher A. Honea*
                                              Christopher A. Honea
                                                 Texas Bar No. 24059967
                                                 chonea@ghiplaw.com
                                              M. Scott Fuller
                                                 Texas Bar No. 24036607
                                                 rgarteiser@ghiplaw.com

                                              **GARTEISER HONEA, PLLC**
                                              119 W. Ferguson Street
                                              Tyler, Texas 75702
                                              Telephone: (903) 705-7420
                                              Facsimile: (903) 405-3999

                                              **COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that the parties met and conferred and agreed to the Joint Proposed Discovery Order.

*/s/ Christopher A. Honea*
Christopher A. Honea

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

*/s/ Christopher A. Honea*
Christopher A. Honea

2