IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY INNOVATIONS, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>MACYS, INC., §<br>§<br>*Defendant*. §<br>§ | CIVIL ACTION NO. 2:23-CV-00583-JRG |

## **ORDER**

Before the Court is the Corrected Unopposed Motion for Entry of Protective Order (the "Motion") filed by Plaintiff Symbology Innovations, LLC ("Plaintiff"). (Dkt. No. 12.) The Parties jointly request entry of the proposed protective order attached to the Motion. (*Id*. at 1; Dkt. No. 12-1.) The proposed protective order includes as Appendix A an Undertaking of Experts or Consultants Regarding Protective Order ("Undertaking"). (*Id*.) However, the Undertaking does not include the proper case caption for this proceeding—instead, it simply includes placeholders for plaintiff, defendant(s), and the case number(s). (*Id*.)

Due to the Motion including an Undertaking without the correct case caption, the Court finds that the Motion should be and hereby is **DENIED WITHOUT PREJUDICE**. The Parties are **ORDERED** to refile a joint proposed protective order with the correct case caption, consistent with this Order, within two business days of entry of this Order.

**So ORDERED and SIGNED this 19th day of April, 2024.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE