Group Art Unit: 2876  
Confirmation No.: 3258  
Examiner: Trail, Allyson Neel                                                          Atty. Ref.: Leigh-33

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant | : | Leigh M. Rothschild |
| Appl. No. | : | 12/882,616 |
| Filed | : | September 15, 2010 |
| For | : | PRESENTING INFORMATION ABOUT AN OBJECT ON A PORTABLE ELECTRONIC DEVICE |

### RESPONSE TO OFFICE ACTION

Mail Stop: Amendment  
Commissioner for Patents  
P.O. Box 1450  
Alexandria, VA 22313-1450

Sir:

      The outstanding Office Action mailed December 27, 2010 has been carefully considered. In response thereto, please enter the following:

App. No.: 12/882,616
Art Unit: 2876

**AMENDMENTS TO THE SPECIFICATION**

Please amend the specification as indicated hereafter. It is believed that the amendments contain no new matter.

Please replace paragraph 0044 with the following paragraph:

**[0044]** The computer processing module 84 (e.g., a microprocessor) may use computer software instructions and conventional computer processing power to interact and organize the traffic flow between the various other modules. It is to be understood that the modules of the server 12 may be implemented in various forms of hardware, software, firmware, special purpose processors, or a combination thereof. The computer processing module ~~70~~ 84 may further include, in addition to a microprocessor, a digital signal processor (DSP), which may include several known decompression algorithms for decompressing stored media content, e.g., a MP3 file. The server 12 of the present disclosure may be configured to support various file types, such as those used by the portable electronic device 16 or other devices of the system 10.

Please replace paragraph 0061 with the following paragraph:

**[0061]** According to block 148, the decode string is also sent to a remote server (e.g., server 12). Later, the method receives information from the remote server as indicated in block 150. The information from the server may be related to information about one or more objects identifiable by the decode string. As indicated in block 152, the information from the visual detection application(s) is combined with information from the remote server according to various implementations. At this point, the method includes displaying the information on a display screen of the portable electronic device<u>, as indicated in block 154</u>.

SYM000089

App. No.: 12/882,616
Art Unit: 2876

**AMENDMENTS TO THE CLAIMS**

Please replace all prior versions of the claims with the following claim listing:

**Claims:**

1. (Currently Amended) A method comprising:

detecting symbology associated with an object;

decoding the symbology to obtain a decode string;

sending the decode string to one or more visual detection applications for processing, the one or more visual detection applications residing on a portable electronic device;

receiving a first amount of information about the object from the one or more visual detection applications;

sending the decode string to a remote server for processing;

receiving a second amount of information about the object from the remote server;

combining the first amount of information with the second amount of information to obtain cumulative information; and

displaying the cumulative information on a display device associated with the portable electronic device;

wherein one or more visual detection systems are configured to run in the background with respect to other systems associated with the portable electronic device, the visual detection systems comprising the one or more visual detection applications and one or more visual detection devices, the one or more visual detection devices configured to detect the symbology associated with the object.

2. (Currently Amended) The method of claim 1, further comprising:

enabling a user of the portable electronic device to select one or more presets before the symbology is detected.

SYM000090

App. No.: 12/882,616
Art Unit: 2876

3. (Currently Amended) The method of claim 2, wherein the presets include at least one of a selection of one or more visual detection applications to handle scanning operations, a selection of one or more visual detection ~~application~~ applications to handle image capture operations, a maximum number of applications configured to receive a decode string, an amount of information to be displayed, the type of information to be displayed, and e-commerce options.

4. (Cancelled)

5. (Currently Amended) The method of claim [[4]] 1, wherein the one or more visual detection systems are configured to automatically detect the symbology.

6. (Original) The method of claim 5, further comprising:
alerting the user when an image containing symbology has been detected;
asking the user if decoding of the symbology is desired; and
receiving a reply from the user.

7. (Original) The method of claim 1, wherein detecting the symbology comprises detecting the symbology in response to a user initiated trigger of a visual detection device.

8. (Original) The method of claim 1, wherein sending the decode string to one or more visual detection applications for processing and sending the decode string to a remote server for processing further comprises:
instructing the one or more visual detection applications and remote server to identify the object associated with the decode string; and
instructing the one or more visual detection applications and remote server to retrieve information about the object.

SYM000091

App. No.: 12/882,616
Art Unit: 2876

9. (Original) The method of claim 1, wherein the method further comprises:

analyzing the decode string to determine a category of the object; and

selecting one or more appropriate applications to process the decode string when the one or more visual detection applications are not pre-selected, the selection based in part on the category of the object.

10. (Original) The method of claim 9, wherein the method further comprises:

determining if multiple applications are deemed to be appropriate to process the decode string; and

enabling the user to select one or more applications when multiple applications are deemed to be appropriate.

11. (Currently Amended) The method of claim 1, further comprising:
enabling the user to store the cumulative information.

12. (Original) The method of claim 1, further comprising:

providing e-commerce options to allow the user to proceed to a purchasing process for purchasing the object, wherein the object is an article of commerce.

13. (Currently Amended) A computer application stored on a computer-readable medium and executable by a processing device incorporated in a ~~mobile~~ portable electronic device, the computer application comprising:

logic adapted to automatically detect symbology associated with an object using one or more visual detection devices;

logic adapted to decode the symbology to obtain a decode string;

logic adapted to send the decode string to one or more visual detection applications for processing, the one or more visual detection applications incorporated in a portable electronic device;

- 5 -

SYM000092

logic adapted to receive a first amount of information about the object from the one or more visual detection applications;

logic adapted to send the decode string to a remote server for processing;

logic adapted to receive a second amount of information about the object from the remote server;

logic adapted to combine the first amount of information with the second amount of information to obtain cumulative information; and

logic adapted to display the cumulative information on a display device associated with the portable electronic device;

logic adapted to alert the user when an image containing symbology has been detected;

logic adapted to ask the user if decoding of the symbology is desired; and

logic adapted to receive a reply from the user.

14. (Currently Amended)  The computer application of claim 13, further comprising:

logic adapted to enable a user of the portable electronic device to select one or more presets before the symbology is detected, the presets including at least one of a selection of one or more visual detection applications to handle scanning operations, a selection of one or more visual detection ~~application~~ applications to handle image capture operations, a maximum number of ~~application~~ applications configured to receive a decode string, an amount of information to be displayed, the type of information to be displayed, and e-commerce options.

15. (Cancelled)

16. (Original)  The computer application of claim 13, further comprising:

logic adapted to analyze the decode string to determine a category of the object; and

SYM000093

App. No.: 12/882,616
Art Unit: 2876

logic adapted to select one or more appropriate applications to process the decode string when the one or more visual detection applications are not pre-selected, the selection based in part on the category of the object.

17. (Currently Amended) A symbology management application comprising:

a symbology detecting module configured to detect symbology associated with an object;

a decoding module configured to decode the symbology to obtain a decode string;

a transferring module configured to send the decode string to one or more visual detection applications for processing, the one or more visual detection applications residing on a mobile device; and

an information storage module configured to receive a first amount of information about the object from the one or more visual detection applications;

wherein the transferring module is further configured to send the decode string to a remote server for processing; ~~and~~

wherein the information storage module is further configured to receive a second amount of information about the object from the remote server, combine the first amount of information with the second amount of information to obtain cumulative information, and provide the cumulative information to a display device for display of the cumulative information; and

<u>wherein one or more visual detection systems are configured to run in the background with respect to other systems associated with the mobile device, the visual detection systems comprising the one or more visual detection applications and one or more visual detection devices, the one or more visual detection devices configured to detect the symbology associated with the object</u>.

18. (Cancelled)

SYM000094

App. No.: 12/882,616
Art Unit: 2876

19. (Currently Amended)  The symbology management application of claim ~~18~~17, wherein the one or more visual detection systems are configured to automatically detect the symbology, the symbology management application further comprising:

a first module configured to alert the user when an image containing symbology has been detected;

a second module configured to ask the user if decoding of the symbology is desired; and

a third module configured to receive a reply from the user.

20. (Original)  The symbology management application of claim 17, wherein the symbology management application further comprises:

a decode module configured to analyze the decode string to determine a category of the object; and

a selection module configured to select one or more appropriate applications to process the decode string when the one or more visual detection applications are not pre-selected, the selection based in part on the category of the object;

a determining module configured to determine if multiple applications are deemed to be appropriate to process the decode string; and

a user module configured to enable the user to select one or more applications when multiple applications are deemed to be appropriate.

21. (Original)  The symbology management application of claim 17, wherein the decode module analyzes the decode string to determine a category of the object and the selection module selects one or more appropriate applications to process the decode string when the one or more visual detection applications are not pre-selected, the selection based in part on the category of the object.

SYM000095

App. No.: 12/882,616
Art Unit: 2876

**REMARKS**

In the amendments herein, claims 1-3, 5, 11, 13, 14, 17, and 19 have been amended and claims 4, 15, and 18 have been cancelled. Claims 1-3, 5-14, 16, 17, 19, and 20 are now pending in the present application. Reconsideration of the present patent application and claims is respectfully requested.

Applicant gratefully acknowledges Examiner's indication of the presence of allowable subject matter. Particularly, claims 3-6, 9, 10, 14-16, and 18-20 were objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form, including all of the limitations of the base claim and any intervening claims.

In response, the claims have been amended to incorporate the allowable subject matter of claim 4 into independent claim 1, incorporate the allowable subject matter of claim 15 into independent claim 13, and incorporate the allowable subject matter of claim 18 into independent claim 17. It is therefore believed that the rejection of claims under 35 U.S.C. § 102 and § 103 have been overcome by the claim amendments herein.

In view of the preceding amendment and remarks, it is submitted that the claims remaining in the application are directed to patentable subject matter, and allowance is solicited. The Examiner is urged to contact applicant's attorney at the number below if the Examiner believes a telephone or personal interview would facilitate the prosecution of this application.

Respectfully submitted,

Michael J. Porco, Esq.
Atty. Reg. No. 46,007
Customer No. 01218
HESPOS & PORCO LLP
110 West 40th Street- Suite 2501
New York, NY 10018
Tel. (212) 725-2450
Fax (212) 725-2452

Date: January 13, 2011

SYM000096