## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SYMBOLY INNOVATIONS, LLC, | ) | Civil Action |
| | ) | |
| Plaintiff, | ) | No. 2:23-cv-00583-JRG |
| | ) | |
| v. | ) | Judge Rodney Gilstrap |
| | ) | |
| MACY'S, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this \_\_\_\_ day of _____, 2024, having considered **DEFENDANT MACY'S INC.'S REWENED MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**, and all subsequent briefing, the Court hereby **GRANTS** the Motion.

Plaintiff's First Amended Complaint is **DISMISSED** with prejudice.