# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>MACYS, INC.<br><br>    Defendants. | CIVIL ACTION NO. 2:23-cv-00583 |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Symbology Innovations, LLC hereby submits this Notice of Voluntary Dismissal with Prejudice of Defendant Macys, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant has not served either an answer or a motion for summary judgment. Each Party will bear its own costs, expenses, and attorneys' fees.

Dated:  July 26, 2024

Respectfully Submitted,

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this Friday, July 26, 2024.

>*/s/ Randall Garteiser*
>Randall Garteiser